UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Angelica Fairbairn, mother and next friend of W.G., a minor child, | ) ) ) | |
| | ) | Case No. 25-cv-13527 |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge |
| | ) | Magistrate Judge |
| Specialized Education Services, Inc. | ) ) | Trial by Jury Demanded |
| Defendants. | ) ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, Angelica Fairbairn, mother and next friend of W.G., a minor child, by and through her attorney, David S. Lipschultz, and in support of her Complaint at Law against the Defendant, Specialized Education Services, Inc., states as follows:

JURISDICTION AND VENUE

1. This action is brought pursuant to the Americans with Disabilities Act, 42 U.S.C. §12101, the U.S. Constitution, the Civil Rights Act (42 U.S.C. §1983) and the laws of the State of Illinois, to redress deprivations of the rights of the Plaintiff, accomplished by acts and/or omissions of the Defendant and committed under color of law.

2. This Court has jurisdiction pursuant to 28 U.S.C. §1331 and §1367.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391, as the acts complained of took place in this judicial district.

1

## THE PARTIES

4. Plaintiff Angelica Fairbairn (hereinafter "Fairbairn") is the mother, legal guardian and next friend of her minor child, a son whose initials are W.G. (hereinafter "W.G."). Fairbairn is a resident of Will County, Illinois and this judicial district.

5. W.G. was, at all times of the incidents at issue in this Complaint, a 7-year-old student at High Road School of the South Suburbs (hereinafter "High Road School"), a school owned and operated by Defendant Specialized Education Services, Inc.

6. Defendant Specialized Education Services, Inc. (hereinafter "SESI") operates schools across the country providing special and alternative education.

7. Plaintiff sues SESI for the acts and omissions of its schools, employees, agents, contractors and servants.

## FACTUAL ALLEGATIONS

8. On or about March 15, 2024, at approximately 1:00 p.m., W.G. was a student attending the High Road School, located at 35445 Washington Street, Custer Park, Illinois.

9. As a student at High Road School, W.G. was a qualified individual with a disability and was the subject of an Individualized Education Program ("IEP"). An IEP is a legally mandated document awarded pursuant to the Individuals with Disabilities Education Act ("IDEA") which outlines a tailored educational plan for W.G. due to his disabilities.

10. An SESI teacher kicked or pushed W.G. into a wall, causing W.G. to suffer a cranial hematoma and other injuries.

8. As a direct result of SESI's teacher's acts and omissions, W.G. suffered physical injuries, psychological and emotional trauma, and other damages.

## COUNT I
## AMERICANS WITH DISABILITIES ACT

9. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 8.

10. Pursuant to Title II of the Americans with Disabilities Act, 42 U.S.C. §12101, SESI is prohibited from discriminating against W.G. due to his disability and his IEP.

11. Nonetheless, SESI's teacher denied W.G. the benefits of the services, programs, or activities for which he was entitled.

12. SESI's teacher discriminated against W.G. by reason of his disability.

13. SESI's teacher discriminated against W.G. by intentionally acting on the basis of his disability.

14. SESI's teacher also refused to provide a reasonable modification to his educational program just prior to W.G. being attacked.

15. As a direct and proximate result of SESI's teacher's conduct, W.G. suffered injuries including, but not limited to, physical injuries, pain and suffering, loss of school days, emotional anguish, and monetary loss and expenses.

WHEREFORE, the Plaintiff, Angelica Fairbairn, mother and next friend of W.G., a minor child, prays for judgement against SESI for compensatory damages, punitive damages, the costs of this action, attorney's fees, and such other and additional relief as this Court deems equitable and just.

## COUNT II
## 42 U.S.C. §1983 EQUAL PROTECTION CLASS OF ONE

16. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 8.

17. Plaintiff was the victim of discrimination intentionally visited on him by SESI, which knew or should have known that its employees and agents had no justification, based on their public duties, for singling out the Plaintiff for unfavorable treatment.

18. SESI's teacher acted for personal reasons, with discriminatory intent and effect.

19. The actions of SESI's teacher violated the W.G.'s rights protected by the Fourteenth Amendment and 42 U.S.C. §1983.

WHEREFORE, the Plaintiff, Angelica Fairbairn, mother and next friend of W.G., a minor child, prays for judgement against SESI for compensatory damages, punitive damages, the costs of this action, attorney's fees, and such other and additional relief as this Court deems equitable and just.

## COUNT III
## ILLINOIS LAW
## ASSAULT AND BATTERY

20. The Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1 through 8.

21. SESI's teacher assaulted and battered W.G. when, without lawful authority, he knowingly engaged in conduct which places another in reasonable apprehension of receiving a battery.

22. SESI's teacher intended to cause a harmful or offensive contact with W.G.

23. SESI's teacher actually made the harmful and unauthorized physical contact with W.G. by physically attacking him.

24. W.G. was injured.

25. SESI's teacher's actions caused W.G.'s injuries.

WHEREFORE, the Plaintiff, Angelica Fairbairn, mother and next friend of child, W.G., a minor child, prays for judgement against SESI for compensatory damages, punitive damages, the costs of this action, and such other and additional relief as this Court deems equitable and just.

## JURY DEMAND

Angelica Fairbairn, mother and next friend of child, W.G., a minor child, seeks trial by jury.

>Respectfully submitted,
>
>ANGELICA FAIRBAIRN, Mother and
>Next Friend of Child, W.G.
>
>
>/s/ *David S. Lipschultz*
>David S. Lipschultz

David S. Lipschultz
Atty No. 6277910
Law Offices of David S. Lipschultz, Inc.
200 S. Michigan Avenue, Suite 201
Chicago, Illinois 60604
Telephone: 312-414-1778
Fax: 312-414-1887
Email: david@dsllawoffice.com